UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K2 GLOBAL PARTNERS LLC,<br>K2 INTELLIGENCE, INC. and<br>K2 INTELLIGENCE, LLC, | **RULE 7.1 STATEMENT** |
| Declaratory Judgment Plaintiffs, | |
| v. | Civil Action No.: 1:13CV5354 (PAE) |
| | ECF CASE |
| K2 ADVISORS, L.L.C. and<br>K2/D&S MANAGEMENT CO., L.L.C., | |
| Declaratory Judgment Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for K2 GLOBAL PARTNERS LLC, K2 INTELLIGENCE, INC. and K2 INTELLIGENCE, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The undersigned counsel hereby discloses that: (a) K2 Global Partners LLC has no parent company; and (b) no publicly traded company owns 10% or more of K2 Global Partners LLC.

The undersigned counsel further discloses that: (a) the investment holding company of K2 Intelligence, Inc. is K2 Global Partners LLC; and (b) no publicly traded company owns 10% or more of K2 Intelligence, Inc.

The undersigned counsel further discloses that: (a) K2 Intelligence, Inc. is the parent corporation of K2 Intelligence, LLC; and (b) no publicly traded company owns 10% or more of K2 Intelligence, LLC.

Dated: August 23, 2013

By:    /s/ *Margaret C. Lu*
Howard J. Shire (HS8892)
Margaret C. Lu (ML2295)
KENYON & KENYON LLP
One Broadway
New York, New York 10004
Phone: (212) 425-7200
Fax.: (212) 425-5288
Email: hshire@kenyon.com
      mlu@kenyon.com

Stephen D. Susman (SS8591)
SUSMAN GODFREY L.L.P.
560 Lexington Avenue
New York, New York 10022
Phone: (212) 336-8330
Fax: (212) 336-8340
Email: ssusman@susmangodfrey.com

*Attorneys for Plaintiffs,*
*K2 Global Partners LLC, K2 Global Consulting, N.A., LLC, K2 Global Consulting, Inc. and K2 Intelligence LLC*