UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K2 GLOBAL PARTNERS LLC,
K2 INTELLIGENCE, INC., and
K2 INTELLIGENCE, LLC,

Plaintiff,

-v-

K2 ADVISORS, L.L.C. and
K2/D&S MANAGEMENT CO., L.L.C.

Defendant.

Case No. 13cv-5354PAE/KNF

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for K2 Advisors, L.L.C. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

K2/Highland Management Co., L.L.C.
K2 Advisors Holdings, L.L.C.
Franklin Templeton Institutional, L.L.C.
Franklin Resources, Inc.

Date: Sept 3, 2013

Signature of Attorney

Attorney Bar Code: KM 5593

Form Rule7_1.pdf  SDNY Web 10/2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of September, 2013, the foregoing Rule 7.1 Statement of K2 Advisors, L.L.C. was filed via electronic filing with the Clerk of the Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system directly upon all counsel of record

_____
Lisa Y. Ng