UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K2 GLOBAL PARTNERS LLC,<br>K2 INTELLIGENCE, INC., and<br>K2 INTELLIGENCE, LLC,<br><br>-v-<br><br>K2 ADVISORS, L.L.C. and<br>K2/D&S MANAGEMENT CO., L.L.C.<br><br>Plaintiff,<br><br>Defendant. | Case No. 13cv-5354PAE/KNF<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

K2/D&S Management Co., L.L.C.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

K2/Highland Management Co., L.L.C.
K2 Advisors Holdings, L.L.C.
Franklin Templeton Institutional, L.L.C.
Franklin Resources, Inc.

Date: Sept 3, 2013

Signature of Attorney

Attorney Bar Code: KM 5593

Form Rule7_1.pdf   SDNY Web 10/2007

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 3rd day of September, 2013, the foregoing Rule 7.1 Statement of K2/D&S MANAGEMENT CO., L.L.C. was filed via electronic filing with the Clerk of the Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system directly upon all counsel of record

_____
Lisa Y. Ng