# Kenyon&Kenyon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/13

Howard J. Shire
Direct 212.908.6205
hshire@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

September 10, 2013



**By Email (EngelmayerNYSDChambers@nysd.uscourts.gov)**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

    Re:    Case No. 13-CV-5354, *K2 Global Partners LLC et al. v. K2 Advisors, L.L.C. et al.* - Request for 14-Day Adjournment of Initial Pretrial Conference

Dear Judge Engelmayer:

    We represent plaintiffs, K2 Global Partners, LLC, K2 Intelligence, Inc. and K2 Intelligence, LLC, in the above-captioned matter. We write to request a fourteen-day adjournment of the initial pretrial conference, to the morning of October 7, 2013.

    Pursuant to the Court's Order of September 4, 2013 (D.I. 12), the initial pretrial conference is currently scheduled for September 23, 2013, at 10 a.m. There have been no prior requests for an adjournment or extension. Defendants, by and through their counsel, copied below, have consented to this request. The requested adjournment does not affect any other scheduled dates.

    Should the Court have any questions, please do not hesitate to contact us.

The Honorable Paul A. Engelmayer
September 10, 2013
Page 2

Kenyon & Kenyon

Respectfully submitted,

KENYON & KENYON LLP

*Howard J. Shire* /mcl

Howard J. Shire
*Counsel for Plaintiffs,*
*K2 Global Partners LLC, K2 Intelligence,*
*Inc. and K2 Intelligence, LLC*

HJS/MCL

cc:  Kristen A. McCallion, Esq. (mccallion@fr.com)
     Lisa M Greenwald-Swire, Esq. (greenwald-swire@fr.com)
     Kathy H. Tsai, Esq. (tsai@fr.com)
     Andrew H. Schapiro, Esq. (AndrewSchapiro@quinnemanuel.com)
     Jessica Anne Rose, Esq. (jessicarose@quinnemanuel.com)
     Stephen D. Susman, Esq. (ssusman@susmangodfrey.com)
     Margaret C. Lu, Esq. (mlu@kenyon.com)

```
     Granted.  The initial pretrial conference is rescheduled for October 7,
     2013, at 11:45 a.m.
```

SO ORDERED:                                           9/11/13

*Paul A. Engelmayer*
**HON. PAUL A. ENGELMAYER**
**UNITED STATES DISTRICT JUDGE**

NY01 2642393 v1