```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
K2 GLOBAL PARTNERS L.L.C. et al.,

                        Plaintiffs,           13 Civ. 5354 (PAE)

        -v-                                   ORDER

K2 ADVISORS, L.L.C. et al.,

                        Defendants.
------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter, Dkt. 31, from defendants/counterclaim plaintiffs, dated November 8, 2013, regarding the proposed deposition of K2 Advisors' CEO. Dkt. 31. Plaintiffs/counterclaim defendants are directed to respond by 5 p.m. tomorrow, November 13, 2013.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 12, 2013
       New York, New York

1